IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ABDUS SHAHID | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BOROUGH OF DARBY | : | No. 11-CV-2772 |

## CIVIL JUDGMENT

AND NOW, this    18th    day of September, 2013, after a non-jury trial and in consideration of the findings of fact and conclusions of law set forth in the accompanying memorandum,

IT IS HEREBY ORDERED that Judgment shall be entered in favor of the defendant Borough of Darby and against the plaintiff Abdus Shahid.

BY THE COURT:


 /s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.