IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ABDUS SHAHID** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **BOROUGH OF DARBY** | : | **NO. 11-cv-2772** |

## JUDGMENT

**AND NOW**, this 11th day of June, 2014, judgment is hereby entered in favor of the Borough of Darby, and against Abdus Shahid, in the amount of $1,553.10.

*(signature)*

MICHAEL E. KUNZ
CLERK OF COURT